Edward P. Garson (State Bar No. 96786)
Matthew M. Randle (State Bar No. 238345)
WILSON, ELSER, MOSKOWITZ,
EDELMAN & DICKER LLP
525 Market Street, 17th Floor
San Francisco, California 94105
Telephone:   (415) 433-0990
Facsimile:   (415) 434-1370

Attorneys for Defendants
Photospin, Inc., Val Gelineau and Stephanie Robey

*(Judge James Ware)*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CRAIG FRAZIER DESIGN, INC., dba CRAIG FRAZIER STUDIO,<br><br>    Plaintiff,<br><br>    v.<br><br>PHOTOSPIN, INC., VAL GELINEAU AND STEPHANIE ROBEY, and DOES 1 through 10,<br><br>    Defendants. | Case No.:  C 06-4690 JCS<br><br>**STIPULATION TO EXTEND TIME FOR PHOTOSPIN, INC., VAL GELINEAU AND STEPHANIE ROBEY TO RESPOND TO PLAINTIFF'S COMPLAINT PURSUANT TO LOCAL RULE 6-1(a)** |

TO THE CLERK OF THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF CALIFORNIA:

//
//
//
//
//
//
//
//
//
//

---
1
STIPULATION TO EXTEND TIME TO ANSWER OR OTHERWISE RESPOND TO COMPLAINT
242367.1

1   PLEASE TAKE NOTICE THAT pursuant to Local Rule 6-1(a), plaintiff CRAIG FRAZIER
2   DESIGN, INC., dba CRAIG FRAZIER STUDIO and defendants PHOTOSPIN, INC., VAL
3   GELINEAU AND STEPHANIE ROBEY stipulate that PHOTOSPIN, INC., VAL GELINEAU
4   AND STEPHANIE ROBEY shall have an additional 14 days, up to and including October 11,
5   2006, to answer or otherwise respond to plaintiffs' Complaint.  This is the first such extension.

Dated:  September 27, 2006

OWEN, WICKERSHAM & ERICKSON, P.C.

By:   /s/ Lawrence G. Townsend
      Lawrence G. Townsend
      Linda Joy Kattwinkel
      Attorneys for Plaintiff
      CRAIG FRAZIER DESIGN, INC., dba CRAIG FRAZIER
      STUDIO

[Signature authorized by attorney on 9/27/2006]

Dated:  September 27, 2006

WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP

By:   /s/ Matthew M. Randle
      Edward P. Garson
      Matthew M. Randle
      Attorneys for Defendants
      PHOTOSPIN, INC., VAL GELINEAU AND STEPHANIE
      ROBEY