Edward P. Garson (State Bar No. 96786)
Matthew M. Randle (State Bar No. 238345)
WILSON, ELSER, MOSKOWITZ,
EDELMAN & DICKER LLP
525 Market Street, 17th Floor
San Francisco, California 94105
Telephone:    (415) 433-0990
Facsimile:     (415) 434-1370

Attorneys for Defendants
Photospin, Inc., Val Gelineau and Stephanie Robey

*[Seal: United States District Court, Northern District of California — Judge James Ware]*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CRAIG FRAZIER DESIGN, INC., dba CRAIG FRAZIER STUDIO<br><br>Plaintiff,<br><br>v.<br><br>PHOTOSPIN, INC., VAL GELINEAU AND STEPHANIE ROBEY, and DOES 1 through 10,<br><br>Defendants. | Case No.:  C 06-4690 JW<br><br>**STIPULATION TO EXTEND TIME FOR PHOTOSPIN, INC., VAL GELINEAU AND STEPHANIE ROBEY TO RESPOND TO PLAINTIFF'S COMPLAINT PURSUANT TO LOCAL RULE 6-1(a)** |

TO THE CLERK OF THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF CALIFORNIA:

//
//
//
//
//
//
//
//
//
//

---

1

STIPULATION TO EXTEND TIME TO  ANSWER OR OTHERWISE RESPOND TO COMPLAINT
244514.1

1  PLEASE TAKE NOTICE THAT pursuant to Local Rule 6-1(a), plaintiff CRAIG FRAZIER DESIGN, INC., dba CRAIG FRAZIER STUDIO and defendants PHOTOSPIN, INC., VAL GELINEAU AND STEPHANIE ROBEY stipulate that PHOTOSPIN, INC., VAL GELINEAU AND STEPHANIE ROBEY shall have an additional 14 days, up to and including October 25, 2006, to answer or otherwise respond to plaintiffs' Complaint.  This is the second such extension and does not interfere with any dates already set by the Court.

Dated: October 9, 2006

OWEN, WICKERSHAM & ERICKSON, P.C.


By:   /s/ Lawrence G. Townsend
      Lawrence G. Townsend
      Linda Joy Kattwinkel
      Attorneys for Plaintiff
      CRAIG FRAZIER DESIGN, INC., dba CRAIG FRAZIER STUDIO

[Signature authorized by attorney on 10/9/2006]

Dated: October 9, 2006

WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP


By:   /s/ Matthew M. Randle
      Edward P. Garson
      Matthew M. Randle
      Attorneys for Defendants
      PHOTOSPIN, INC., VAL GELINEAU AND STEPHANIE ROBEY