IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| Craig Frazier Design, Inc., et al., | NO. C 06-04690 JW |
| Plaintiffs,<br>v. | **ORDER SCHEDULING CASE MANAGEMENT CONFERENCE** |
| Photospin Inc., et al., | |
| Defendants._____/ | |

In light of the recent reassignment, the Court sets a case management conference for the above entitled case on **December 11, 2006 at 10 a.m.** Pursuant to the Civil Local Rules of the Court, the parties shall file a joint statement no later than ten (10) days before the date of the conference.

Dated: November 2, 2006

JAMES WARE
United States District Judge

**THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:**

Lawrence G. Townsend ltownsend@owe.com
Linda Joy Kattwinkel ljk@owe.com
Matthew Mark Randle matthew.randle@wilsonelser.com

**Dated:  November 2, 2006**                              **Richard W. Wieking, Clerk**

                                                          **By:    /s/ JW Chambers**
                                                                      **Elizabeth Garcia**
                                                                      **Courtroom Deputy**

**United States District Court**
For the Northern District of California