1  Edward P. Garson (State Bar No. 96786)
   WILSON, ELSER, MOSKOWITZ,
2  EDELMAN & DICKER LLP
   525 Market Street, 17th Floor
3  San Francisco, California 94105
   Telephone:    (415) 433-0990
4  Facsimile:    (415) 434-1370

5  Attorneys for Defendants
   Photospin, Inc., Val Gelineau and Stephanie Robey
6

7                     UNITED STATES DISTRICT COURT

8                     NORTHERN DISTRICT OF CALIFORNIA

9  CRAIG FRAZIER DESIGN, INC., dba CRAIG  )  Case No.: C 06-4690 JW
   FRAZIER STUDIO                         )
10                                        )
                  Plaintiff,              )  **STIPULATION AND ORDER TO MOVE**
11                                        )  **SETTLEMENT CONFERENCE DATE TO**
            v.                            )  **MARCH 20, 2007**
12                                        )
   PHOTOSPIN, INC., VAL GELINEAU AND      )
13 STEPHANIE ROBEY, and DOES 1 through 10,)
                                          )
14                Defendants.             )
                                          )
15

16

17
          TO THE CLERK OF THE UNITED STATES DISTRICT COURT FOR THE NORTHERN
18
   DISTRICT OF CALIFORNIA:
19
          PLEASE TAKE NOTICE THAT plaintiff CRAIG FRAZIER DESIGN, INC., dba CRAIG
20
   FRAZIER STUDIO and defendants PHOTOSPIN, INC., VAL GELINEAU AND STEPHANIE
21
   ROBEY hereby agree and stipulate by and through their respective counsel that the Settlement
22
   Conference before Magistrate Judge Edward M. Chen currently scheduled for March 15, 2007,
23
   shall be moved to March 20, 2007, at 9:30 a.m., Courtroom C, 15th Floor, Federal Building, 450
24
   Golden Gate Avenue, San Francisco, California 94102, as defendant's out of state carrier
25
   representative is not available on March 15, 2007.
26
          All other dates pursuant to the Notice of Settlement Conference and Settlement Conference
27
   Order issued on December 21, 2006, shall be  moved accordingly: the parties respective settlement
28

1  conference statements shall be due on Tuesday, March 6, 2007; Plaintiff's demand shall be served

2  no later than March 6, 2007; and Defendant's response shall be made no later than March 12, 2007.

Dated: February 22, 2007

                OWEN, WICKERSHAM & ERICKSON, P.C.

                By:   /s/ Linda Joy Kattwinkel
                    Lawrence G. Townsend
                    Linda Joy Kattwinkel
                    Attorneys for Plaintiff
                    CRAIG FRAZIER DESIGN, INC., dba CRAIG FRAZIER STUDIO

[Signature authorized by attorney on 02/22/2007]

Dated: February 26, 2007

                WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP

                By:   /s/ Edward P. Garson
                    Edward P. Garson
                    Attorneys for Defendants
                    PHOTOSPIN, INC., VAL GELINEAU AND STEPHANIE ROBEY

IT IS SO ORDERED.

Dated: February 26, 2007

                EDWARD [seal: IT IS SO ORDERED / Judge Edward M. Chen]
                United States Magistrate Judge